UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:                                                                                         Chapter 7

      84 ELTON LLC,                                                             Case No.: 18-40038-nhl

                           Debtor.
------------------------------------------------------------------x
THE ESTATE OF RAFAEL RODRIGUEZ,
GEORGE RODRIGUEZ, and
PULASKI STREET CORP.,

                           Plaintiffs,

      -against-                                                                     Index No. 501730/2017

KONITZ I INC.; SHABSI PFEIFFER, individually,
and in his capacity as an officer of Konitz I Inc.;
RODRIGUEZ 319 & 321 CORP.; NAZRUL ISLAM,
individually and in his capacity as an officer of
Rodriguez 319 & 321 Corp.; 84 ELTON LLC;
B & H ASSOCIATES GROUP LLC; and
BERNARD NIEDERMAN, individually and as a
member of 84 Elton LLC and a member of
B & H Associates Group LLC,

                           Defendants.
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss:
COUNTY OF SUFFOLK    )

      **EVERLYN MEADE-BRAMBLE**, being duly sworn, deposes and says:

      Deponent is not a party to this action, is over 18 years of age and resides at Bronx, New York;

      On the 7th day of February, 2018 deponent served the **NOTICE OF REMOVAL OF STATE COURT ACTION TO UNITED STATES BANKRUPTCY COURT UNDER 28 U.S.C. § 1452 AND RULE 9027(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE with EXHIBITS attached thereof,** upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, via Federal Express Overnight Mail to:

See attached

                                                s/Everlyn Meade-Bramble
                                                Everlyn Meade-Bramble

Sworn to before me this
7th day of February, 2018

s/ Scott T. Dillon
SCOTT T. DILLON
Notary Public, State of New York
No. 02D16152101
Qualified in Suffolk County
Commission Expires October 22, 2018

Clerk of the Kings County Surrogate's Court
Attn: Miscellaneous Department
2 Johnson Street
Brooklyn, NY 11201