## RELEASE OF CLAIMS

Re: 321 Pulaski Street, Brooklyn NY
Rodriquez 319 & 321 Corp to 84 Elton LLC.

1. That George Rodriquez hereby waives any and all claims to 321 Pulaski Street, Brooklyn NY for the payment of the sum of Ten Thousand Five hundred ($10,500) and 0/100 dollars.

2. In addition, George Rodriquez further acknowledges that that he executed the letter of July 25, 2014 in which he acknowledges that he previously received the sum of $200,000 from Nazrul Islam or his agents for the said property.

3. Further, George Rodriquez agrees that this $10,500 is the final payment to satisfy any and all claims against the new owner, 84 Elton LLC and prior owner Rodriquez 319 and 321 Corp and Nazrul Islam.

4. Finally, George Rodriquez directs that his payment be made as follows: $9,500 to George Rodriquez and the sum of $1,000 to his attorney, Nan K. Bedesi, Esq. for representation on this matter.

*George Rodriguez* (signature)
Geroge Rodriquez

Subscribed before me on 8/19/14

*(signature)*

NAN K. BEDESI
NOTARY PUBLIC-STATE OF NEW YORK
No. 02BE4864048
Qualified in Queens County
My Commission Expires June 09, 2018